# EXHIBIT B

About Ahmad AbouAmmo, my dear brother..

I'm Amani, Ahmad's younger and only sister. I've always been the closest person to him since we were kids. We share everything, speak of work, life, fun, politics, like every thing. Ever since we were kids, he has been my best friend. He used to be a shy kid, more focused on reading and widening his knowledge of everything. I was the communicator and so that's how we divided roles. When he left to the US and became fully independent, he started focusing on connecting more, while always keeping his image and reputation at their best. Since childhood, he has been known for his positive behavior amongst family, neighbors, and friends. Even at school, he never had any issues and was admired by his teachers. While he had been bullied by a child one day, he did not do anything back to the child and I showed up to bite that kid to stop him from annoying him. I have always been that kid that would do anything to protect her loving sweet and gentle brother.

The first gift I have ever received was from him on my 12th birthday. He bought me a watch I had wanted so long(costed $7~), from his allowance. And since that date, he continued to always be by my side financially even during my first marriage. When my daughter was prematurely born back in November 2014, I back then was hiding from my abusive ex husband. Ahmad helped me through everything. In Egypt, with limited medical care, my daughter lost her vision and had to undergo a surgery in her eyes where the closest specialist that could operate on her was in Belgium. With the fact that the medical insurance would not cover out-of-country operations, and with the abusive biological father who seized that situation and planned to kidnap me and my daughter by breaking the visa and stay in Europe, Ahmad showed up in Belgium, covered the expenses the father refused to pay, and literally saved me and my daughter by ensuring we left back to Egypt before he flied back to the USA.

His love, support, and physical and emotional presence never stopped. When he knew I was in danger because of my ex husband, he saved us by moving us to Lebanon (home town) and as I was on an unpaid leave from my work at HSBC bank back then, he sponsored us completely from daily expenses to medical and even shopping for my little one. As I continued to be threatened by the father, Ahmad managed to help us fly to the USA and even decided to move to Seattle after a thorough research of where the best pediatric medical care is. He did not think for a minute to leave his work at Twitter to be here with us and so moved his family once it was decided for us to come here. He continued to buy us things, and continued to get me, his "little sister", things I would enjoy. Even the keyboard I lost after fleeing my first marriage, he bought me an electric piano here!

Ahmad is such a loving and clean hearted person, who is so much loved and respected by everyone.


Regards,
Amani AbouAmmo

Honorable Judge Chen
United States District Judge
c/o Angela Chuang
Office of the Federal Public Defender Room 19-6884, Box 36106
San Francisco, CA 94102


Dear Judge Chen,

My name is Zeina Abouammo, and I am Ahmad Abouammo's wife. I've been married to Ahmad since July 2009, and since then Ahmad has been more than a husband and partner for me. 13 years ago, I left my home country, my family, my friends, and my work to move to the USA with Ahmad and start our life and our own family together.

Ahmad has always been my biggest supporter; after we had our children, I struggled with postpartum depression and anxiety; Ahmad was always there to help me with the kids, around the house, and with anything that I needed. I could not function without his daily support and affirmations that I am a good mother, and that I need to take care of myself in order to live the life that I always dreamt of.

Ahmad is the best father that I could have asked for our children. He is a nurturing, loving, and supporting parent. He always prioritizes our children, he helps them with their schoolwork, he supports them when they have school events, and he is always there to cheer for them. When our older two children were verbally and physically bullied in their school, back in 2018, Ahmad was very supportive of our children, and he was the one who took initiative to seek professional help for our children's mental health. He was also very supportive when I told him that I would like to take the kids out of their school and homeschool them, as part of our plan to help them through the process of healing from bullying. Since then, Ahmad has been helping our children with homeschooling, teaching them different subjects, taking them to the co-op where they take classes, going on educational field trips, and teaching them important social-emotional and life skills.

Ahmad is a very kind, generous, caring, thoughtful, and compassionate person. He is a supportive and caring brother to his sister; when her daughter needed to have an eye surgery because of her vision loss, Ahmad went with his sister to Belgium so he can support her during that hard time, and to protect her from her abusive husband. When she was physically abused by her husband, Ahmad was the person who helped her get away from her abusive husband. When his sister came to the USA to seek asylum, Ahmad opened our home for her and her daughter. He supported them financially, even though we didn't have a lot of money to do so. At that same time, Ahmad's father was also in the USA, and he had to undergo an open-heart surgery, and Ahmad also supported him throughout his recovery, and rented an apartment for his father, sister, and her daughter, so his father can be comfortable after his surgery.

After the trauma that we experienced when the FBI came and searched our home, Ahmad was still very supportive of our family; I had a nervous breakdown, and the kids were confused and scared. Ahmad helped me through my trauma, and he took over taking care of our children and our family until I felt better. Ahmad's mental health gradually started changing; he started suffering from depression, anxiety, and post-traumatic stress disorder. After he was arrested in front of our older two children, Ahmad came back home, and his depression was very severe. He also started

experiencing panic attacks, insomnia, and anxiety when going outside our home. Seeing him suffer this way broke my heart, and affected our family tremendously, because I know that this is not him, this is not the motivated, optimistic, full of life person that he was.

I respectfully ask your honor to look at Ahmad the husband, the father, the brother, the son, and how his life and the lives of everybody around him was affected. Ahmad is an honest, trustworthy, and hardworking person. I only hope that our family stays together, I hope that our children continue to grow in front of their father, to continue to learn from him how to be good human beings, siblings, children, and citizens. I ask your honor to treat him with mercy and leniency for his sake and the sake of our family.

Respectfully,

Zeina Abouammo

Honorable Judge Chen

United States District Judge

c/o Angela Chuang

Office of the Federal Public Defender

Room 19-6884, Box 36106

San Francisco, CA 94102

Dear Judge Chen,

My name is Adnan Abou Ammo. I am 65 years old and live in East Wenatchee, WA. I am Ahmad's youngest uncle, and he is my nephew to my oldest brother and have known him all my life. When Ahmad was born my entire family rejoiced and were extremely happy because his mother had had 6 miscarriages before he was born and hence, he was very special to the whole family.

I left Lebanon to come to the USA to continue my education and I kept in touch with my family and later with my nieces and nephews and since Ahmad was the oldest, we start talking about his future and his love to come to the United States that he had unbelievable admiration to, and to continue his education

His dream comes true and came to the USA in the late 1999 and of course stayed in our house with My Wife Cindy, our children Rasmiah, Nora, Lilli, Tommy, Raja and later Omar, immediately became like their older brother and helping me and my wife with our first business at Salam caffe ( Lebanese Cuisine ) which was a unique opportunity for him to meet people and interact socially with customers and literally every one likes him and made so many friends easily, he was personable, friendly and funny and his love for music and the choices he made to the customers at the caffe made the atmosphere so nice.

Of course, Ahmad had his future ahead of him and his education comes first, and he knew that the only way to be successful is to finish his college courses and to move to Seattle to continue his education at University of Washington, which he did finish and start focusing on his career and his first and only love his wife, three kids and his sister which she has a disable child that was born blind due to a premature birth and I would say that was the ultimate test for his strength, patience , faith, compassion to his niece because it required a lot of his energy, time to travel with his sister and to be next by her side to support her and her child in her difficult times.

His commitment and love for his family is unimaginable and the sacrifice he made is infinite.

We were shocked when we heard from the news who tried to contact me and my kids about Ahmad situation, I believe that he is the last person to do anything illegal, and that he will never put his family in harm's way and how important for him to be a good role model to them. I've always known him to be honest, spend all his time with his wife and kids when he is not at work, helping them with schoolwork and taking them to the park and having a healthy, clean Environment

I have full confident and total trust in our judicial system that Ahamd will be treated fairly and consider looking at his case from a position of mercy and leniency and knowing that whatever affect him will affect an elderly father, mother, wife, children, and many people that loves him.

Respectfully yours,

Adnan Abou Ammo

█████████████

Honorable Judge Chen
United States District Judge
c/o Angela Chuang
Office of the Federal Public Defender
Room 19-6884, Box 36106
San Francisco, CA 94102

Dear honorable Judge Chen,

This is Hossam Elbialy. Ahmad and I used to work together for MBN for almost two years while he was my boss.

My relationship with Ahmed started in 2011 once I moved to the United States to join his team as a web designer. I found him a very supportive and innovative manager at work, as well as very helpful and mentorish to me and my family while trying to settle and start a new life after moving to the United States.

Along with his enthusiasm, positive energy, and attentiveness to everyone in the team, Ahmad was very smart and humble at the same time and I used to look at him and learn how to better communicate with my colleagues in the office. He was great at connecting people from different teams and starting very productive conversations.

Ahmed used to invite the whole team once a week to have a coffee break outside of the office to chat to each other which helped us to get closer and work together as friends.

I trusted Ahmed so much that I would get back to him if I needed any advice in my life as well as my work. I remember he's the one who taught me about the gripe water when my little three month baby used to scream the whole night. From seeing Ahmad and his family I would describe him as a great husband and very kind father.

I still can't imagine that Ahmed is going through these legal difficulties. Ahmed is very smart, ethical, and fully aware of the U.S. system and culture. I remember when he was teaching me how important it is to install the baby seat in the car, reading all the instructions and trying to make me follow all the rules to make sure my baby is safe and also not to get in any legal trouble.

Ahmed and his family will remain in our thoughts and prayers. Hopefully he gets through this very soon.

Respectfully,
Hossam Elbialy

November 20, 2022

Honorable Judge Chen
United States District Court
c/o Angela Chuang
Office of the Federal Public Defender
Room 19-6884, Box 36106
San Francisco, CA 94102

Dear Judge Chen:

My name is Cindy Abouammo.  I am married to Ahmad Abouammo's uncle, Adnan Abouammo. Adnan and I have been married for 23 years. I am the Outreach Coordinator for Triplink.

I first met Ahmad when we were living on Iowa street in Wenatchee Washington.  If I recall correctly, it was late 1999 or early 2000 when Ahmad arrived in Wenatchee to live with us.  Ahmad lived with us while he was attending Wenatchee Valley College to obtain his Associated degree before he transferred to the UW in Seattle Washington to complete his Bachelor's degree. Him and his wife Zeina also lived with us when she was pregnant with their first child, while Ahmad was job searching. Over the years, we have kept in touch, and it has been special to watch his children grow and to see their loving family bloom.

When Ahmad lived with us on Iowa street, he helped us open our café, Salam Café.  He was the person that wrote all the recipes, designed the menus, and worked the evening shift.  He did not ask us to pay him for this, he said he wanted to help us because we were family, and he insisted it was the right thing to do.

After Ahmad moved to Seattle to attend the UW, our daughter Rasmiah moved there to attend the same college. Ahmad was amazing at giving her the support she needed to establish herself there.  He was always willing to help her if she was struggling with her homework or even if she just needed someone close by to spend time with for emotional support.

The quality I admire most in Ahmad, is his love for his family. He lives a very clean lifestyle, he does not drink alcohol, or do drugs. Even when he was younger and going to college, he never did anything wild, like most college kids do. I have always known him to be consistently reliable, honest, hardworking, and helpful to others. Additionally, Ahmad has never been someone to jump to conclusions or argue.  He is a great listener and is honest when he speaks. I am not aware of Ahmad ever breaking the law in any way. When I found out about the accusations that had been made against him, I was absolutely shocked. I have seen him and his family struggle since then and I have seen Ahmad's health deteriorating from the stress. He has visibly aged from the stress and now needs surgery for his health issues. I am very worried for his health, and I am worried about his wife and children being separated from him.

I have faith in our justice system here in the United States and I am praying for Ahmad and his family.


Respectfully yours,

Cindy Abouammo
███████████
      ███████
███████████████

Honorable Judge Chen
United States District Court
c/o Angela Chuang
Office of the Federal Public Defender
Room 19-6884, Box 36106
San Francisco, CA 94102


Dear Judge Chen,


My name is Lillian Olin and I am 27 years old. I work in global imports and exports and have enjoyed this industry for several years.
I am writing today to tell you about my cousin Ahmed AbouAmmo.

   My earliest memory of Ahmed was as a child so little letters didn't mean much to me yet. It was of trying to learn to say his name, the Arabic clunky and difficult to maneuver in my 4 year old english vocabulary. I wildly mispronounced it and he laughed good natured. Laughed so hard he snorted. That was the first thing I truly remembered of him. The wide, easy going, smile. The laughter.

   When i was nearly 6 years old and at my first day of kindergarten a boy in my class walked right up and punched me directly in the nose. As I held a tissue up, crying and bloody faced, my cousin pulled up at the school to take me home. Righteous indignation taking over his features. "This calls for something serious" he said in nearly pefect english, face gravely serious "Dairy Queen". Swollen, tissue covered, nose in hand, I smiled.

   Ahmed to me is a man who would always make me smile and laugh, no matter the struggle, from as young as I can remember. A man who could ignite a laugh in the most serious of moments. Someone I always knew to be hardworking, loyal, and strong.

    Now I share this person with three beautiful young cousins. The man who once made me smile so bright now lights their entire world. I rest easy knowing the tradition of his humor is lifting someone else from an unhappy place. His young children mean the world to him. And I have known since I met him, as a child myself, that this was his destiny. To lead and nurture his kids into a happy life. To lift them the way he once did for me years ago. Setting the same example of honest character for them.

   The utter surprise at hearing the accusations against Ahmed still hurt me. This man who is not only a role model to me, but to our entire family. Accusations I have seen wipe the smile and laugher I grew up with from his face. Accusations that risk taking this smile away from our lives. That risk taking a father away from cousins who are nearly the same age I was when I first met him.

   I ask that you consider my plea for Ahmed and be lenient in your sentence. Every person has an Ahmed in their lives. Every child, an older cousin coming to save them. With your leniency, this cousin of mine can still be that person for his own children. To pick them up from school when they have a bad day, grin at them, and said "Dairy Queen?" and everything will be okay for them.


Thank you for your consideration,

-Lillian Olin



Honorable Judge Chen
United States District Judge
c / o Angela Chuang
Office of the Federal Public Defender
Room 19-6884, Box 36106
San Francisco, CA 94102

Dear Judge Chen:

I , respectfully, write this letter on behalf of Ahmed AbouAmmo. He is my nephew and I have known him all his life. Hello, my name is Gamal Diab, 67-years old, retired physician. I live with my wife in the state of New Jersey and we have two adult daughters. My goal is to shed some light on aspects of Ahmed's persona, which may not be known to the court; aspects I witnessed first hand as I watched him grow over the years.

Respectful of his elders, devoted to his parents and always eager to please is how I remember him as a child and later as a teenager. He was, and remains to this day very kind and protective of his sister. It was always a pleasure for me to talk to him during those early years; he had unquenchable thirst for knowledge and it was a challenge and joy for me to try to answer his questions, and, indeed, learn from him as well.

In college and in the years after graduation, Ahmed continued to work hard to achieve the goals he had set for the next phase of his life; and while working on achieving his goals, and as he succeeded in one endeavor after another he remained respectful of others, generous and kind; and always striving to improve the lives of those around him. His devotion to his parents and family was unyielding.

Ahmed is a decent human being, a faithful husband and a wonderful father. His love for his children is unconditional and his devotion to his wife unyielding. I have witnessed first hand how he interact with his wife and children, and have seen the brilliant smile on his face and the optimistic glow in his eyes whenever he talks about his children. And the children adore him. The support that Ahmed gets from his wife and his children is a testament to his character, his devotion and his kindness. One of Ahmed's best traits is the desire to always do better; to improve himself and those around him. He is insightful, reflective and constantly turning adverse situations into lessons to learn.

It was shocking to me to learn of these legal problems; I never imagined anything like this would happen because it is so unlike Ahmed to be in this situation. It is heart breaking to see this wonderful family so traumatized, to see sadness and anxiety replacing joy and optimism. This ordeal has taken its toll on the family including the children, necessitating that they seek psychological support, and there is, of course, also the financial hardship resulting from lack of income of the main provider. I know that Ahmed has been and still suffering tremendously for these past few years. Therefore, it is my hope that the court would take into account the well-being of three young children, that Ahmed would be the recipient of the court's mercy and be treated with leniency, so he may return to being a contributing member of society and provide for his family.

I am confident that, with support from family and friends, he will be able to come out on the other side wiser and ready to pursue goals of happiness for his family. And in this regard, I pledge my support in any way possible to help him through this difficult time.

Finally,

Respectfully,

Gamal Diab

November 17, 2022

Honorable Judge Chen
United States District Judge
c/o Angela Chuang
Office of the Federal Public Defender
Room 19-6884, Box 36106
San Francisco, CA 94102

Dear Judge Chen,

My name is Cara Henley Johnson. I am a 39 year old law librarian and mother of two young children.I am writing a character letter for Ahmad Abouammo who I met in approximately 2004 through my ex-husband, Mustafa Al Gamal. Ahmad became good friends of ours and was even the impromptu Best Man at our U.S. wedding. Ahmad stepped in for us when Mustafa's brother, who was originally selected to be Best Man, was unable to obtain a visa. This is only one example of Ahmad's willingness to help others in a bind. Ahmad and I both attended the University of Washington. I received my BA in 2003 and MPA in 2005 and Ahmad also graduated in 2005.

Fast forward to 2019 when I find out via Facebook about this criminal case. I was shocked as it seemed like a different person than the Ahmad I knew. I did not think of it much as the case progressed. Then, on September 30, 2020 in the course of my work as a Library Manager at O'Melveny and Myers I ran across a new criminal indictment and Zoom hearing scheduled for Ahmad Abouammo. Now, his name is unusual, but I could not believe it was the Ahmad I knew. I was shocked because I thought and hoped this had been resolved. I contacted Zeina, Ahmad's wife, to confirm.

What happened regarding this trial was completely out of character from the Ahmad I know. Ahmad loves the United States. I remember celebrating Barack Obama being elected president with my friends at one of their homes, including Mustafa, Ahmad, and others in Seattle. Everyone felt so joyous. I remember driving our minivan around downtown Seattle with several people in it beeping the horn like Egyptians do for weddings and festivities.

Ahmad is a kind, generous man. After my ex-husband and I divorced, Ahmad helped Mustafa with a move to Washington, D.C., including landing a job and allowing him to stay with him for a few months until Mustafa could afford his own place. While some would do this for a few weeks for a friend, Ahmad is the type of person who would help for months. This generosity and hospitality may be a family trait too. I remember one time in the mid-2000s we vacationed in Wenatchee with Ahmad staying at the home of his uncle and aunt, Adnan and Cindy Abouammou, who were also so kind and generous to us as a young couple.

Years later, Ahmad was living in the Bay Area at the same time I was and we met for coffee so I could meet his wife and kids. While Ahmad was primarily my ex-husband's friend, both at the

time of the separation and divorce, around 2008-2009, and in 2015 when we hung out in person again, he made it clear we were friends independently and with no grudges that some hold in these situations.

In November 2019 I gave birth to my first son, Tommy, at 23 weeks gestation after 8 days of labor. Tommy is a micropremie and I joined a micropremie group at the suggestion of the hospital social worker. I did not know this at the time, but Ahmad's sister, Amani Abouammo, is also the parent of a micropremie and was also in this group. Ahmad's sister was a major part of my support system at the time, whether she knows it or not. The support she provided me in those first seven months of hospitalization and beyond, reminded me of how Ahmad is in his friendships. I am sure Amani will also be a part of his community supporting him after the sentencing.

As the mother of a two and three year old, I can only imagine the impact on Zeina and their three children to lose Ahmad for any period of time. Not only is Ahmad an involved father, he has also been the primary earner, so the impact will be devastating emotionally, and I imagine financially as well. Tamara and Adam are already traumatized from Ahmad's arrest, which they were present during. To support his children whom he dearly loves, I know Ahmad would comply with the requests the Court places on his release and supervision.

I respectfully request leniency and mercy for Ahmad Abouammo, as for the nearly 20 years I have known him he has demonstrated nothing less than being an honest, kind, and upstanding citizen.

Respectfully,

Cara Henley Johnson

Honorable judge Chen
United States District Judge
℅ Angela Chaung
Office of the Federal Public Defender
Room 19-6884, Box 36106
San Francisco, CA 94102


Dear Judge Chen,


My name is Nora Abouammo. I am 33 years old. I have been a server at Wenatchee Olive
Garden for the past eight years. Last year I received a double Bachelors degree from Central
Washington University in psychology and sociology and now in the application process for a
graduate program in mental health counseling.

Ahmad Abouammo is my oldest cousin on my fathers side. I first met him when I was 8 years
old when my father and older sister Rasmiah spent a summer in Beirut Lebanon to visit family. I
Remember feeling like a fish out of water going there the first time, however my cousin Ahmad
was always there to make me feel at home and do fun activities with me while I was there
visiting.

A few years later in 1999, Ahmad moved here with my family to attend Wenatchee Valley
College. Around that time my father had a middle eastern cafe, and my cousin Ahmad was
always helping out my father, as well as being a full time student. During those years, ages
12-15 were particularly rough for me. I unfortunately was being bullied quite a bit by my peers
and school, and I remember always going to my older cousin Ahmad for advice and guidance
and he was always there to listen to me. Sometimes I would be venting to him about my day for
hours and hours and I never felt once that he was annoyed by his little cousin talking his ear off.
He always knew what to say and how to make me feel better.

Once he married his wife and had his 3 wonderful children, I got the pleasure of seeing what a
loving father and husband he is. He would do anything for his family and loved ones. I am so
proud of the person he is and the values he holds.

I was in disbelief when I heard about the legal situation he is in. I would never expect anything
like this to happen, especially with my cousin Ahmad. He is one of the most selfless, honest
people I know.  It deeply hurts me to see him, his wife and 3 beautiful children suffering and
going through this process. I have the utmost faith in our legal system, that my cousin will be
treated fairly.


Respectfully yours,


Nora Abouammo

Honorable Judge Chen
United States District Judge
c/o Angela Chuang
Office of the Federal Public Defender
Room 19-6884, Box 36106
San Francisco, CA 94102


Dear Judge Chen,

My name is Rasmiah Abou Ammo MS, LMHC I am 37 years old. I am a licensed mental health counselor in Lynnwood, WA wife to TJ Dawson and mother to my beautiful daughter Aaleyah. Ahmad Abou Ammo is my oldest cousin on my father's side of the family and have known him most of my life. When I was younger I was fortunate to be able to visit my dad's family in Lebanon and meet my aunts, uncles and cousins. I was 8 years old when I first met Ahmad but it wasn't until he moved in with my family winter of 1999 to attend college that I truly got to know him as the caring, fun loving family oriented man that he is.

When my dad was starting up a Middle Eastern Cafe Ahmad was there to support him helping out at the restaurant when he wasn't attending class at Wenatchee Valley College or helping watch his younger cousins. He helped me settle into my first apartment after I got accepted at the University of Washington. It was comforting to have family down the street from me and I knew if I needed anything I could call him. After he married his wife and had his 3 beautiful children my family had the pleasure of visiting and having family dinners. Ahmad has always put his family first and his love, especially for his kids is apparent to anyone who is around them as a family.

It came as a huge shock when I heard about the legal charges against Ahmad as he is the last person I would suspect of anything illegal. I've always known him to be an honest, hardworking man who cares about his family and community. Since the legal charges a few years ago I've noticed the stress and emotional toll it has taken on his whole family. His wife and kids live in fear that their dad will be taken away. I've seen Ahmad during this time and although he leans on his family it's clear this has taken a huge toll on him.  He looks like he has aged 10+ years due to stress of the unknown and if he will be taken from his wife and 3 kids and not be able to watch them grow up. During this process I've seen the impact it has had on his children and how the fear of the unknown has caused them distress. As his cousin I'm hoping for his and his family's sake that the court has leniency and shows mercy on him.

Respectfully yours,

Rasmiah Abou Ammo MS, LMHC

Dear Judge Chen,

My name is Omar AbouAmmo, a twenty-one year old student at Western Washington University. Formally, Ahmad is the first son to my oldest paternal uncle, but to me he is like a brother. Ahmad has been around ever since I was born, a man who puts his family and faith above all others. He had a curious and technical mind that allowed him to endlessly learn about the world. In his heart he will always be a student. He, even after finishing his higher education, continues to learn about what interests him. Last time I got to visit with him, he was studying Hebrew and dissecting the old Torah! This is just one example of the interests he holds. I have always known him to be the light-hearted type who holds a deep understanding and fascination with people, history, and how the world works. Ahmad is also a family-man. I have always seen his biggest smiles when he is taking care of his kids. He is always there for his father, his kids, his wife, and his sister. He supported his sister and her daughter through some of their worst hardships. I cannot imagine our family without him there to add insight and care for the family. With his character established, you can understand my shock to hear of his current legal situation. The allegations are completely outside of his character. He would never act so rashly as to put himself and especially his family in such a situation. I have faith that the judicial system will be treated with complete fairness and empathy as the decision will not just affect Ahmad and his future, but the cohesiveness and health of our family as a whole.

Respectfully,
Omar