1  ISMAIL J. RAMSEY (CABN 189820)
   United States Attorney
2
3  THOMAS A. COLTHURST (CABN 99493)
   Chief, Criminal Division
4  COLIN SAMPSON (CABN 249784)
   ERIC CHENG (CABN 274118)
5  Assistant United States Attorneys

6       450 Golden Gate Avenue, Box 36055
        San Francisco, California 94102-3495
7       Telephone: (415) 436-7200
        FAX: (415) 436-7009
8       Colin.Sampson@usdoj.gov
        Eric.Cheng@usdoj.gov
9
   MATTHEW G. OLSEN
10 Assistant Attorney General
   National Security Division
11
   CHRISTINE A. BONOMO (NYBN B10113801)
12 Trial Attorney, National Security Division
        950 Pennsylvania Avenue NW
13      Washington, DC 20530-0001
        Telephone: (202) 514-0313
14      Christine.Bonomo@usdoj.gov

15 Attorneys for United States of America

16                    UNITED STATES DISTRICT COURT

17                   NORTHERN DISTRICT OF CALIFORNIA

18                         SAN FRANCISCO DIVISION

19 UNITED STATES OF AMERICA,              | No. CR 19-00621- EMC-1

20       Plaintiff,

21    v.                                  | UNITED STATES' NON-OPPOSITION TO
                                          | DEFENDANT'S MOTION FOR RETURN
22 AHMAD ABOUAMMO,                        | OF PASSPORTS (ECF NO. 459)

23       Defendant.

24

25       The United States of America, represented by undersigned counsel, does not oppose Defendant

26 Ahmad Abouammo's motion for return of passports for himself and his family members currently held

27 by United States Pretrial Services. *See* ECF No. 459.

28 //

|   |   |   |
|---|---|---|
| 1 | | Respectfully Submitted, |
| 2 | | ISMAIL J. RAMSEY<br>United States Attorney |
| 3 | | |
| 4 | Dated: May 31, 2023. | */s/ Colin Sampson*<br>COLIN SAMPSON |
| 5 | | ERIC CHENG<br>Assistant United States Attorneys |
| 6 | | CHRISTINE BONOMO<br>Trial Attorney, National Security Division |

UNITED STATES' NON-OPPOSITION TO RETURN OF PASSPORTS,
CR-19-00621 EMC-1                     2