JODI LINKER, Bar Number 230273
Federal Public Defender
Northern District of California
ANGELA CHUANG, Bar Number 313445
Assistant Federal Public Defender
19th Floor Federal Building - Box 36106
450 Golden Gate Avenue
San Francisco, CA 94102
Telephone: (415) 436-7700
Facsimile: (415) 436-7706
Email: Angela_Chuang@fd.org

Counsel for Defendant Abouammo

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | **Case No.:** CR 19–621 EMC |
| Plaintiff, | **JOINT STATUS REPORT** |
| v. | |
| AHMAD ABOUAMMO, | |
| Defendant. | |

1  Following a remand from the Ninth Circuit, this Court set a resentencing date in this matter for
2  June 26, 2025. At that time, Mr. Abouammo's projected release date from BOP custody—where he is
3  currently in home confinement in Seattle—was July 5, 2025. On April 9, 2025, the Court asked the
4  parties to look into potential options for Mr. Abouammo to be able to appear for resentencing. From
5  correspondence with BOP, it appears that Mr. Abouammo would have been eligible for a furlough to
6  be able to travel to San Francisco for court, and the parties were exploring that option. However, the
7  issue has now become moot because Mr. Abouammo's projected release date has been updated to
8  June 20, 2025, due to the application of FSA credits. Therefore, he will no longer be in BOP custody
9  and will instead be on supervised release by June 26. This Court and/or Probation will thus have the
10 authority to approve him to travel to San Francisco for his resentencing hearing.

Dated: April 16, 2025

Respectfully submitted,

JODI LINKER
Federal Public Defender
Northern District of California

          /S
ANGELA CHUANG
Assistant Federal Public Defender


PATRICK D. ROBBINS
Acting United States Attorney


          /S
COLIN SAMPSON
Assistant United States Attorney

STATUS REPORT
*ABOUAMMO*, CR 19–621 EMC

1