IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>AHMAD ABOUAMMO,<br><br>    Defendant. | **Case No.:** CR 19–621 EMC<br><br>[PROPOSED] **ORDER FOR TRAVEL FUNDS AND SUBSISTENCE EXPENSES PURSUANT TO 18 U.S.C. § 4285** |

Good cause appearing pursuant to 18 U.S.C. § 4285, IT IS HEREBY ORDERED THAT the United States Marshal arrange one-way noncustodial transportation from Seattle, Washington, to San Francisco, California, for defendant Ahmad Abouammo, in order to allow him to make his required court appearance of June 26, 2025, at 9:00 AM. The Court further directs the United States Marshal to furnish Mr. Abouammo with an amount of money for subsistence expenses to his destination, not to exceed the amount authorized as a per diem allowance for travel under section 5702(a) of title 5, United States Code.

IT IS SO ORDERED.

Dated: May 27, 2025

_____
EDWARD M. CHEN
United States District Judge

[PROPOSED] ORDER FOR TRAVEL FUNDS
*ABOUAMMO*, CR 19–621 EMC

1