# EXHIBIT A

**From:** Ben Elron <    @x.com>
**Sent:** Tuesday, May 20, 2025 4:36 PM
**To:** Cheng, Eric (USACAN) <            @usdoj.gov>
**Cc:** Sampson, Colin (USACAN) <            @usdoj.gov>
**Subject:** Re: [EXTERNAL] Re: USA v. Abouammo

Hi Eric, Colin,

Apologies for the delay. I've taken another look at Twitter's legal costs from around the time of the Abouammo incident. Isolating the legal fees from this matter is somewhat challenging, given that the relevant firm (Perkins) billed to an omnibus matter number, but I've sorted the timekeeper entries based on dates and terms I know to be associated with this incident. Here are some numbers from that analysis:

- I identified $16,850 in legal fees and expenses outlayed by Twitter that explicitly mention Abouammo.
- Using a reasonable search for terms and timeframes I believe are associated with the Saudi incident (I think this includes Al-Sadhan), I identified $134,756 in legal fees/expenses. I used relatively conservative search terms and suspect the actual number is higher.
- Twitter spent $5,000 on a forensic examiner to respond to the incident.
- Twitter spent at least $691,144.29 in fees on the resultant civil litigation.

I don't have enough confidence in my numbers for the value of a Saudi account from that timeframe to provide numbers on that.

I hope this is helpful—let me know if you'd like to discuss or for me to pull different numbers.

Thanks,
Ben